IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND ALLEN NICHOLS,

        Plaintiff,

  v.

M.S. EVANS, Warden, et al.,

        Defendants.
                                            /

No. CV-07-5625 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: January 3, 2008

                                      Richard W. Wieking, Clerk

                                      By: Tracy Lucero
                                      Deputy Clerk